Form 2650 (12/15)

# United States Bankruptcy Court

_____Eastern_____ District Of _____Virginia_____

In re  Health Diagnostic Laboratory, Inc.            ,  )
                          Debtor                                )      Case No. 15-32919-KRH_____
                                                                      )
                                                                      )      Chapter __11_____
       Richard Arrowsmith, Liquidating Trustee   )
                         Plaintiff                               )
                                                                      )
                      v.                                          )
David B. Hevert, M.D., P.A. dba Glades Medical Group )   Adv. Proc. No. _17-04135____
                       Defendant                            )

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

       I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __August 6, 2018_____ as it appears in the records of this court, and that:
                                                                                    (date)

☑  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                          (date)

☐  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
                     (name of court)                                                          (date)

☐  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
              (date)

WILLIAM C. REDDEN
Clerk of the Bankruptcy Court

January 9, 2019            By: _____
        Date                                                   Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HEALTH DIAGNOSTIC LABORATORY, INC.**, *et al.,* | **Case No.: 15-32919-KRH** |
| **Debtors.**[1] | **Jointly Administered** |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,** | |
| **Plaintiff,** | |
| **v.** | **Adv. Proc. No. 17-04135-KRH** |
| **DAVID B. HEVERT, M.D., P.A. D/B/A GLADES MEDICAL GROUP,** *et al.,* | |
| **Defendants.** | |

## ORDER GRANTING THE ENTRY OF DEFAULT AND DEFAULT JUDGMENT

On July 6, 2018, Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL

Liquidating Trust (the "**Liquidating Trustee**"), appointed pursuant to the confirmed Modified

Second Amended Plan of Liquidation (the "**Plan**") of Health Diagnostic Laboratory, Inc., and its

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Richard S. Kanowitz (admitted pro hac vice)
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: rkanowitz@cooley.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 2010
Richmond, Virginia 23219
200 Bendix Road, Ste. 300
Virginia Beach, Virginia 23452
Telephone: (757) 687-3644
Email: hdl@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

affiliated debtors and debtors in possession (the "**Debtors**" or "**HDL**") in their jointly administered bankruptcy cases (the "**Chapter 11 Cases**"), by and through his undersigned counsel, filed his *Motion for Entry of Default and Default Judgment* (the "**Motion**") against David B. Hevert, M.D., P.A. d/b/a Glades Medical Group and David B. Hevert, Jorge Montalvan, Mary Rosenzweig, and Janice S. Plaxe (the "**Defendants**"), in the above-captioned Adversary Proceeding.[2] Having received no response, objection, or other responsive pleading, the *Certificate of No Objection Regarding Motion for Entry of Default and Default Judgment* [Docket No. 10] was filed on August 2, 2018. The Court, having considered the Motion submitted by the Plaintiff, it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby

**ADJUDGED, ORDERED AND DECREED:**

1.      The Motion is **GRANTED**.

2.      Default is hereby entered against the Defendants as authorized by Federal Rule of Bankruptcy Procedure 7055.

3.      Default Judgment is hereby entered in favor of the Plaintiff and against the Defendants in the above captioned Adversary Proceeding and all relief sought by the Plaintiff therein is granted, including the following:

      a. Plaintiff is hereby awarded the avoidable transfers in the amount of $103,080.00;

      b. Plaintiff is hereby awarded his costs and expenses incurred in connection with this Adversary Proceeding, including attorney's fees, in the total amount of $1,000.00;

      c. Judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $104,080.00, which includes the amount of avoidable transfers,

---

[2]      Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

costs and expenses, including reasonable attorney's fees;

    d.  Post-judgment interest at the maximum legal rate running from the date of the Judgment until the date the Judgment is paid in full;

    e.  The Defendants are hereby ordered to pay forthwith the amount of the Judgment granted herein; and

    f.  Any Claim of the Defendants pursuant to section 502(d) of the Bankruptcy Code is hereby disallowed.

4.  The Defendants are hereby directed to pay forthwith the amount of the Judgment.

Dated: Aug 5 2018
Richmond, Virginia

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Aug 6 2018

I ask for this:

By: /s/ Cullen D. Speckhart

Cullen D. Speckhart (VSB No. 79096)

**WOLCOTT RIVERS GATES**

919 E. Main Street, Suite 2010

Richmond, VA 23219

200 Bendix Road, Ste. 300

Virginia Beach, VA 23452

Telephone: (757) 497-6633

Direct: (757) 470-5566

Email: cspeckhart@wolriv.com

*Counsel to Richard Arrowsmith,*

A True Copy Teste:
William C. Redden, Clerk
By:_____
Deputy Clerk

*Liquidating Trustee of the HDL Liquidating Trust*

## CERTIFICATE OF ENDORSEMENT
## <u>PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1</u>

       I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart
