UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-mc-80130-BLOOM/Reinhart

RICHARD ARROWSMITH,

    Plaintiff,

v.

DAVID B. HERVERT, M.D., P.A,
d/b/a GLADES MEDICAL GROUP,

    Defendant.
_____/

## FINAL JUDGMENT OF GARNISHMENT

**THIS CAUSE** is before the Court upon the Motion for Final Judgment of Garnishment, ECF No. [14], filed by Judgment Creditor Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust ("Plaintiff").  The Court's review of the Motion and the docket reveals that a Writ of Garnishment as to Centennial Bank, successor to Regent Bank ("Garnishee"), was issued on February 15, 2019, *see* ECF No. [4].  Thereafter, on April 29, 2019, Garnishee filed its Answer to Writ of Garnishment, indicating that Garnishee was indebted to Defendant, David B. Hevert, M.D., P.A., d/b/a Glades Medical Group ("Defendant"), in the amount of $22,522.23.  *See* ECF No. [8]. Plaintiff served copies of the Motion for Writ of Garnishment and Garnishee's Answer on Defendant on April 26, 2019 and April 29, 2019, respectively.  *See* ECF Nos. [9] and [10].  To date, Defendant has not moved to dissolve the writ and the time to do so has expired.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion for Final Judgment of Garnishment, **ECF No. [14]**, is **GRANTED**.

    2.    The Court directs Garnishee to pay Plaintiff the sum of **twenty-two thousand, three hundred seventy-two dollars and twenty-three cents ($22,372.23)** by check payable to Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating

Case No. 19-mc-80130-BLOOM/Reinhart

Trust and delivered to Jones Walker LLP, 201 S. Biscayne Blvd., Suite 2600, Miami, FL 33131.

3. Garnishee shall immediately be released and the writ of garnishment to Regent Bank dissolved without further order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 28, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record